**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 14 MAL 2024

        Respondent           :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

            v.                  :

                                        :

STEPHEN MOORE,                :

                                        :

        Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.